## CRIMINAL CAUSE FOR PLEADING

BEFORE: **VIKTOR V. POHORELSKY**     DATE: 12/08/09     START TIME: 10:53
                                                        END TIME: 11:20

CR 08-916 (SLT)

DEFT'S. NAME: Guy Gantz     # 6
X present     __ not present     __ cust.     X bail

DEFENSE COUNSEL: Mildred Whalen
X present     __ not present     __ CJA     __ RET.     X FED DFT.

A.U.S.A.: Steve Tiscione                    CLERK: James Toritto
INTERPRETER:                                (LANG.-           )

X   CASE CALLED

DEFT.   X SWORN   __ ARRAIGNED   X INFORMED OF RIGHTS
        X WAIVES TRIAL BEFORE DISTRICT COURT

__   DEFT STATES TRUE NAME TO BE _____. INFORMATION AMENDED.
__   WAIVER OF INDICTMENT EXECUTED FOR DEFT.
__   INFORMATION FILED.
__   DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.
__   DEFT ENTERS **GUILTY PLEA** TO THE INFORMATION.
X    DEFT WITHDRAWS NOT GUILTY PLEA AND ENTERS A **GUILTY PLEA** TO CT(S) THREE (3) & FOUR (4) OF THE SUPERSEDING INDICTMENT.
X    COURT FINDS FACTUAL BASIS FOR THE PLEA.
X    SENTENCING SET FOR 3/12/10 AT 10:00 AM     __ SET BY PROBATION.
__   BAIL __ SET AT _____ FOR DEFT.     __ CONT'D FOR DEFT.
X    DEFT CONT'D IN CUSTODY.
__   CASE ADJ'D TO _____ FOR _____

__   **SPEEDY TRIAL** INFO FOR DEFT     __ STILL IN EFFECT
     CODE TYPE __ START __ STOP __
__   ORDER / WAIVER EXECUTED & FILED.     __ ENT'D ON RECORD.

OTHER: PURSUANT TO FEDERAL RULE 11 OF CRIMINAL PROCEDURE, MAGISTRATE POHORELSKY DID ADMINISTER THE ALLOCUTION. A FINDING HAS BEEN MADE THAT THE PLEA WAS MADE KNOWINGLY AND VOLUNTARILY AND THE PLEA WAS NOT COERCED. THE MAGISTRATE RECOMMENDS THAT THE PLEA OF GUILTY BE ACCEPTED. PLEA AGREEMENT MARKED AS COURT EXHIBIT #1 AND RETURNED TO THE ASSISTANT.